**Andrew W. MELLON, as Secretary of the Treasury of the United States, appellant, v. UNITED STATES of America, ex rel. Z. & F. ASSETS REALIZATION CORPORATION, appellee.**

**No. 5481 (Mandamus Law No. 79631).**

Court of Appeals of District of Columbia.

Argued Nov. 6, 1931.

Decided Dec. 21, 1931.

Leo A. Rover, John R. Benney, and H. W. Libbey, all of Washington, D. C., for appellant.

Spier Whitaker, of New York City, Lawrence A. Baker and Henry Ravenel, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

GRONER, Associate Justice.

This case was submitted with No. 5402, Doerschuck v. Mellon, 60 App. D. C. 383,

55 F.(2d) 741, and the decision in that case, handed down this day, covers the matters in controversy here. The judgment of the lower court must therefore be reversed, and it is so ordered.

Reversed.